**Michael Joseph CAMPBELL, and all prisoners similarly situated, Plaintiff–Appellant,**

v.

**Gene JOHNSON, Director, Virginia Department of Corrections; Mrs. Helen F. Fehey, Chairwoman, Virginia Parole Board; Lieutenant Harrison, Building Supervisor, Sussex I State Prison; Lieutenant Bronson, Building Supervisor, Sussex I State Prison; Chief Counselor Williams, Sussex I State Prison; Doctor Emran, Medical Doctor, Sussex I State Prison, Defendants–Appellees.**

No. 07–6266.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 23, 2007.

Decided: Aug. 28, 2007.

Michael Joseph Campbell, Appellant pro se.

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed as modified by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Joseph Campbell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court as modified to reflect dismissal without prejudice of Campbell's parole denial claim. *Campbell v. Johnson*, 465 F.Supp.2d 597 (2006 & Jan. 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED.*